**ORIGINAL**

1  ALAN H. BLANKENHEIMER (Bar No. 218713)
   alan.blankenheimer@hellerehrman.com
2  LAURA E. UNDERWOOD-MUSCHAMP (Bar No. 228717)
3  laura.muschamp@hellerehrman.com
   JO DALE CAROTHERS (Bar No. 228703)
4  jodale.carothers@hellerehrman.com
5  HELLER EHRMAN LLP
   4350 La Jolla Village Drive, 7th Floor
6  San Diego, CA 92122-1246
7  Telephone: +1 (858) 450-8400
   Facsimile: +1 (858) 450-8499
8
   Attorneys for Plaintiff
9  MAXIM INTEGRATED PRODUCTS, INC.

FILED
2008 FEB 15 P 3:37
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

ADR
E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Case No. C 08 00979 BZ <br><br> **MAXIM INTEGRATED PRODUCTS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

1  Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Maxim Integrated Products, Inc., by its
2  undersigned counsel, certifies that as of this date, Maxim Integrated Products, Inc. is not
3  owned by any parent corporation and no publicly held corporation owns 10% or more of its
4  stock.

6  February 15, 2008                    Respectfully submitted,

8                                        HELLER EHRMAN LLP

10                                       By _____
11                                       ALAN H. BLANKENHEIMER (BAR NO. 218713)
                                         LAURA E. UNDERWOOD-MUSCHAMP (BAR
12                                       NO. 228717)
                                         JO DALE CAROTHERS (BAR NO. 228703)
13
14                                       Attorneys for Plaintiff
                                         MAXIM INTEGRATED PRODUCTS, INC.