**ORIGINAL**

**FILED**

2008 FEB 15 P 3:21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ALAN H. BLANKENHEIMER (Bar No. 218713)
alan.blankenheimer@hellerehrman.com
LAURA E. UNDERWOOD-MUSCHAMP (Bar No. 228717)
laura.muschamp@hellerehrman.com
JO DALE CAROTHERS (Bar No. 228703)
jodale.carothers@hellerehrman.com
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246
Telephone: +1 (858) 450-8400
Facsimile: +1 (858) 450-8499

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

ADR

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Case No. C08 00979 BZ <br><br> **MAXIM INTEGRATED PRODUCTS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16** |

---

MAXIM'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16

Pursuant to Civil L.R. 3-16, Plaintiff Maxim Integrated Products, Inc., by its undersigned counsel, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. ASAT Holdings Ltd.
2. Amkor Technology Inc.

February 15, 2008                    Respectfully submitted,

                                     HELLER EHRMAN LLP


                                     By /s/ Alan Blankenheimer /AJR
                                     ALAN H. BLANKENHEIMER (BAR NO. 218713)
                                     LAURA E. UNDERWOOD-MUSCHAMP (BAR NO. 228717)
                                     JO DALE CAROTHERS (BAR NO. 228703)

                                     Attorneys for Plaintiff
                                     MAXIM INTEGRATED PRODUCTS, INC.

MAXIM'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16