# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Maxim Integrated Products, Inc.

v.

Freescale Semiconductor, Inc.

*ADR*
*E-FILING*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# C08  00979BZ

TO: (Name and address of defendant)

CSC - Lawyers Incorporating Service, Agent for Service of Process
2730 Gateway Oaks Drive
Suite 100
Sacramento, California 95833

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alan Blankenheimer, Esq.
Laura Underwood-Muschamp, Esq.
Jo Dale Carothers, Esq.
Heller Ehrman, LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, California 92122
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB 1 5 2008

Richard W. Wieking
CLERK                                                                                      DATE_____

Tiffany Salinas-Harwell

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
             Date                                                   Signature of Server

                                              _____
                                              Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure