1  Charles M. Kagay (Bar No. 73377)
   SPIEGEL LIAO & KAGAY LLP
2  388 Market Street, Suite 900
   San Francisco, California 94111
3  Telephone: (415) 956-5959
   Fax: (415) 362-1431
4  E-Mail: mis@slksf.com
   E-Mail: cmk@slksf.com
5
   Attorneys for Defendant
6  FREESCALE SEMICONDUCTOR, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | MAXIM INTEGRATED PRODUCTS, INC., | No. C 08-00979 BZ |
   |---|---|
12 | Plaintiff, | **Notice of Appearance of Charles M. Kagay on Behalf of Defendant Freescale Semiconductor, Inc.** |
13 | v. | |
14 | FREESCALE SEMICONDUCTOR, INC. | |
15 | Defendant. | |

16     Please take notice that Charles M. Kagay of Spiegel Liao & Kagay hereby

17 appears in this action on behalf of defendant Freescale Semiconductor, Inc.  Mr.

18 Kagay's e-mail address is cmk@slksf.com.

19 Date: March 7, 2008
                                SPIEGEL LIAO & KAGAY LLP
20
                                /s/ Charles M. Kagay
21                              _____
                                Charles M. Kagay
22                              Attorneys for Defendant
                                Freescale Semiconductor, Inc.
23

24