Charles M. Kagay (Bar No. 73377)
SPIEGEL LIAO & KAGAY LLP
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 956-5959
Fax: (415) 362-1431
E-Mail: mis@slksf.com
E-Mail: cmk@slksf.com

Attorneys for Defendant
FREESCALE SEMICONDUCTOR, INC.

Alan H. Blankenheimer (Bar No. 218713)
Jo Dale Carothers (Bar No. 228703)
Laura E. Underwood-Muschamp (Bar No. 228717)
HELLER EHRMAN LLP
4350 La Jolla Village Drive 7th Floor
San Diego, California 92122-1246
Telephone: (858) 450-8400
Fax: (858) 450-8499
Email: alan.blankenheimer@hellerehrman.com
Email: jodale.carothers@hellerehrman.com
Email: laura.muschamp@hellerehrman.com

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br>           Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC. <br><br>           Defendant. | No. C 08-00979 BZ <br><br> **Stipulation Granting Extension of Time to Answer Complaint** |

Pursuant to N.D. Civil Local Rule 6-1(a), Plaintiff Maxim Integrated Products, Inc. ("Maxim") and Defendant Freescale Semiconductor, Inc. ("Freescale"), by and through their respective attorneys of record, hereby agree and stipulate that Freescale shall be granted an extension of time in which to answer the Complaint for Declaratory Judgment against Freescale. Freescale's answer will now be due on or before March 28, 2008.

Date:  March 7, 2008

SPIEGEL LIAO & KAGAY LLP

/s/ Charles M. Kagay

_____
Charles M. Kagay
Attorneys for Defendant
Freescale Semiconductor, Inc.

HELLER EHRMAN LLP

/s/ Alan H. Blankenheimer

_____
Alan H. Blankenheimer
Jo Dale Carothers
Laura E. Underwood-Muschamp
Attorneys for Plaintiff
Maxim Integrated Products Inc.

I, Charles M. Kagay, attest that concurrence in the filing of the document has been obtained from each of the other signatories.

SPIEGEL LIAO & KAGAY LLP

/s/ Charles M. Kagay

_____
Charles M. Kagay
Attorneys for Defendant
Freescale Semiconductor, Inc.