ALAN H. BLANKENHEIMER (Bar No. 218713)
LAURA E. UNDERWOOD-MUSCHAMP (Bar No. 228717)
JO DALE CAROTHERS (Bar No. 228703)
CHRISTOPHER K. EPPICH (Bar No. 228025)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA  92122-1246
Telephone: +1 (858) 450-8400
Facsimile: +1 (858) 450-8499

Attorneys for Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| MAXIM INTEGRATED PRODUCTS, INC., | Case No.: C 08-00979 BZ |
|---|---|
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND** |
| v. | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| FREESCALE SEMICONDUCTOR, INC., | |
| Defendant. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.


March 13, 2008                         By   /s/ Alan H. Blankenheimer
                                              ALAN H. BLANKENHEIMER
                                              LAURA E. UNDERWOOD-MUSCHAMP
                                              JO DALE CAROTHERS
                                              CHRISTOPHER K. EPPICH
                                              Attorneys for Plaintiff
                                              MAXIM INTEGRATED PRODUCTS, INC.

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/EFC System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Charles M. Kagay
cmk@slksf.com

March 13, 2008                                     /s/ Kristina Grauer
                                                   Legal Secretary
                                                   Heller Ehrman LLP

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO
A UNITED STATES DISTRICT JUDGE                                    CASE NO.: C 08-00979 BZ