```
 1  ALAN H. BLANKENHEIMER (Bar No. 218713)
    LAURA E. UNDERWOOD-MUSCHAMP (Bar No. 228717)
 2  JO DALE CAROTHERS (Bar No. 228703)
    CHRISTOPHER K. EPPICH (Bar No. 228025)
 3  HELLER EHRMAN LLP
 4  4350 La Jolla Village Drive, 7th Floor
    San Diego, CA  92122-1246
 5  Telephone: +1 (858) 450-8400
 6  Facsimile: +1 (858) 450-8499

 7  Attorneys for Attorneys for Plaintiff
    MAXIM INTEGRATED PRODUCTS, INC.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MAXIM INTEGRATED PRODUCTS, INC., | Case No.: C 08-00979 BZ |
|---|---|
| Plaintiff, | **AMENDED DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND** |
| v. | |
| FREESCALE SEMICONDUCTOR, INC., | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendant. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

March 13, 2008                By  s/ Alan H. Blankenheimer
                                  ALAN H. BLANKENHEIMER
                                  LAURA E. UNDERWOOD-MUSCHAMP
                                  JO DALE CAROTHERS
                                  CHRISTOPHER K. EPPICH
                                  Attorneys for Plaintiff
                                  MAXIM INTEGRATED PRODUCTS, INC.

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2008, I electronically transmitted the attached AMENDED DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE to the Clerk's Office using the CM/EFC System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Charles M. Kagay
cmk@slksf.com

March 13, 2008                    s/ Kristina Grauer
                                  Legal Secretary
                                  Heller Ehrman LLP