Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MAXIM INTEGRATED PRODUCTS, INC.,

Plaintiff(s),

v.

FREESCALE SEMICONDUCTOR, INC.

Defendant(s).

CASE NO. C 08-00979 BZ

(Proposed)

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Robert M. Manley , an active member in good standing of the bar of

of the State of Texas                                        whose business address and telephone number
(particular court to which applicant is admitted)

is  McKool Smith, P.C., 300 Crescent Court, Suite 1500, Dallas, Texas
75201, Phone: 214.978.4000

, having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing  Defendant Freescale Semiconductor, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .

Dated: March 12, 2008

_____
United States                              Judge

United States District Court
For the Northern District of California