Robert M. Manley
rmanley@mckoolsmith.com
Texas State Bar No. 00787955
McKOOL SMITH PC
300 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Defendant
Freescale Semiconductor, Inc.

FILED

08 MAR 14 PM 3:23

CLERK, U.S. DISTRICT C...
NORTHERN DISTRICT OF CALIF...

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAXIM INTEGRATED PRODUCTS, INC.,

Plaintiff,

vs.

FREESCALE SEMICONDUCTOR, INC.

Defendants.

**CASE NO. C 08-00979 BZ**

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Robert M. Manley, an active member in good standing of the bar of the State of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Freescale Semiconductor, Inc., in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of

Dallas 252369v1

1    that attorney is:

2    Charles M. Kagay (Bar #73377)
     cmk@slksf.com
3    **SPIEGEL LIAO & KAGAY, LLP**
     388 Market Street, Suite 900
4    San Francisco, California 94111
     Telephone: (415) 956-5959
5    Facsimile: (415) 362-1431

6    I declare under penalty of perjury that the foregoing is true and correct.

7

8    Dated: March 11, 2008         By_____
                                        Robert M. Manley
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                     -2-

Dallas 252369v1