Douglas A. Cawley
dcawley@mckoolsmith.com
Texas State Bar No. 04035500
McKOOL SMITH PC
300 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Defendant
Freescale Semiconductor, Inc.

FILED

MAR 21 PM 3: 26

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FREESCALE SEMICONDUCTOR, INC. <br><br> Defendants. | CASE NO. 3:08-cv-979 MHP <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Pursuant to Civil L.R. 11-3, Douglas A. Cawley, an active member in good standing of the bar of the State of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Freescale Semiconductor, Inc., in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of

1  that attorney is:

2

3  Charles M. Kagay (Bar #73377)
   cmk@slksf.com
   **SPIEGEL LIAO & KAGAY, LLP**
4  388 Market Street, Suite 900
   San Francisco, California 94111
5  Telephone: (415) 956-5959
   Facsimile: (415) 362-1431
6

7  I declare under penalty of perjury that the foregoing is true and correct.

8  Dated: March 20, 2008         By _____
9                                      Douglas A. Cawley

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    -2-
                                                    APPLICATION FOR ADMISSION OF
                                                    ATTORNEY PRO HAC VICE

Dallas 253439v1

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017260
Cashier ID: nudot
Transaction Date: 03/21/2008
Payer Name: McKool Smith, APC
------------------------------------
PRO HAC VICE
 For: Douglas A. Cawley
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 61840
 Amt Tendered:  $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C-08-0979-MHP


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```