**FILED**

MAR 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

MAXIM INTEGRATED PRODUCTS, INC.

CASE NO. 3:08CV979 MHP

Plaintiff(s),

v.

FREESCALE SEMICONDUCTOR, INC.

Defendant(s).

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Douglas A. Cawley , an active member in good standing of the bar of Texas whose business address and telephone number (particular court to which applicant is admitted) is

McKool Smith, P.C., 300 Crescent Court, Suite 1200, Dallas, Texas 75201, M: 214.978.4000, F: 214.978.4044, E: dcawley@mckoolsmith.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Freescale Semiconductor, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/24/08

United States Magistrate Judge