1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Charles M. Kagay (Bar #73377)
cmk@slksf.com
**SPIEGEL LIAO & KAGAY, LLP**
388 Market Street, Suite 900
San Francisco, California  94111
Telephone:  (415) 956-5959
Facsimile:  (415) 362-1431

Douglas A. Cawley, *Pro Hac Vice*
dcawley@mckoolsmith.com
Robert M. Manley, *Pro Hac Vice*
rmanley@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescen Court, Suite 1500
Dallas, Texas 75201
Telephone:  (214) 978-4000
Facsimile:   (214) 978-4044

Attorneys for Defendant
FREESCALE SEMICONDUCTOR, INC.

Alan H. Blankenheimer (Bar #218713)
alan.blankenheimer@hellerehrman.com
Jo Dale Carothers (Bar #228703)
jodale.carothers@hellerehrman.com
Laura E. Underwood-Muschamp (Bar #228717)
laura.muschamp@hellerehrman.com
**Heller Ehrman LLP**
4350 La Jolla Village Drive
7th Floor
San Diego, CA 92122-1246
Telephone: (858) 450-8400
Fax: (858) 450-8499

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., | **CASE NO. C 08-00979 MHP** |
| Plaintiff, | **SECOND STIPULATION GRANTING EXTENSION OF TIME TO ANSWER COMPLAINT** |
| vs. | |
| FREESCALE SEMICONDUCTOR, INC. | |
| Defendant. | |

SECOND STIPULATION GRANTING EXTENSION OF TIME TO ANSWER COMPLAINT

Dallas 253828v1

1         Pursuant to N.D. Civil Local Rule 6-1(a), Plaintiff Maxim Integrated Products, Inc.

2

3 ("Maxim") and Defendant Freescale Semiconductor, Inc. ("Freescale") by and through their

4 respective attorneys of record, hereby agree and stipulate that Freescale shall be granted a second

5 extension of time in which to answer the Complaint for Declaratory Judgment against Freescale.

6 Freescale's answer will now be due on or before April 18, 2008.

7 Dated:  March 28, 2008

8

9 **MCKOOL SMITH, PC**

**HELLER EHRMAN LLP**

10 By_____/s/ Robert M. Manley_____
Douglas A. Cawley, *Pro Hac Vice*

By_____/s/ Alan H. Blankenheimer_____
       (w/permission Robert M. Manley)____

11 dcawley@mckoolsmith.com
Robert M. Manley, *Pro hac vice*

Alan H. Blankenheimer (Bar #218713)
alan.blankenheimer@hellerehrman.com

12 rmanley@mckoolsmith.com
Texas State Bar No. 00787955

Jo Dale Carothers (Bar #228703)
jodale.carothers@hellerehrman.com

13 300 Crescent Court, Suite 1500
Dallas, Texas  75201

Laura E. Underwood-Muschamp (Bar #228717)

14 Telephone:  (214) 978-4000
Facsimile:  (214) 978-4044

laura.muschamp@hellerehrman.com
4350 La Jolla Village Drive

15 **SPIEGEL LIAO & KAGAY LLP**

7th Floor
San Diego, CA 92122-1246

16

Telephone: (858) 450-8400

17 Charles M. Kagay
cmk@slksf.com

Facsimile: (858) 450-8499

18 388 Market Street, Suite 900
San Francisco, California  94111

Attorneys for Plaintiff

19 Telephone:  (415) 956-5959
Facsimile: (415) 362-1431

**MAXIM INTEGRATED PRODUCTS INC.**

20

21 Attorneys for Defendant
**FREESCALE SEMICONDUCTOR, INC.**

22

23

24                         March 31, 2008

25

26

27

28

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

-2-