1  Steven J. Pollinger
   spollinger@mckoolsmith.com
2  Texas State Bar No. 24011919
   MCKOOL SMITH PC
3  300 West 6th Street, Suite 1700
   Austin, Texas 78701
4  Telephone: (512) 692-8702
   Facsimile: (512) 692-8744
5
6  Attorneys for Defendant
   Freescale Semiconductor, Inc.



FILED
08 MAR 28 PH 4:43

7

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

| MAXIM INTEGRATED PRODUCTS, INC., | CASE NO. C 08-00979 BZ |
|---|---|
| Plaintiff, | APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| vs. | |
| FREESCALE SEMICONDUCTOR, INC. | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, Steven J. Pollinger, an active member in good standing of the bar of the State of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Freescale Semiconductor, Inc., in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of

APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE

Austin 42742v1

that attorney is:

Charles M. Kagay (Bar No. 73377)
**SPIEGEL LIAO & KAGAY LLP**
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 956-5959
Fax::   (415) 362-1431
Email: cmk@slksf.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 27, 2008          By_____
                                  Steven J. Pollinger

-2-

APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE

Austin 42742v1

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017536
Cashier ID: almaceh
Transaction Date: 03/28/2008
Payer Name: McKool Smith, APC
------------------------------------
PRO HAC VICE
 For: S J POLLINGER
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 1815
 Amt Tendered: $210.00
------------------------------------
Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

C08-0979 MHP

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```