1  Charles M. Kagay (Bar #73377)
2  cmk@slksf.com
   **SPIEGEL LIAO & KAGAY, LLP**
3  388 Market Street, Suite 900
   San Francisco, California  94111
4  Telephone:  (415) 956-5959
   Facsimile:  (415) 362-1431
5

6  Douglas A. Cawley, *Pro Hac Vice*
   dcawley@mckoolsmith.com
7  Robert M. Manley, *Pro Hac Vice*
   rmanley@mckoolsmith.com
8  **MCKOOL SMITH, P.C.**
9  300 Crescent Court, Suite 1500
   Dallas, Texas 75201
10 Telephone:  (214) 978-4000
   Facsimile:   (214) 978-4044
11
   Attorneys for Defendant
12 FREESCALE SEMICONDUCTOR, INC.

13 Alan H. Blankenheimer (Bar #218713)
   alan.blankenheimer@hellerehrman.com
14 Jo Dale Carothers (Bar #228703)
   jodale.carothers@hellerehrman.com
15 Laura E. Underwood-Muschamp (Bar #228717)
   laura.muschamp@hellerehrman.com
16 **Heller Ehrman LLP**
   4350 La Jolla Village Drive
17 7th Floor
   San Diego, CA 92122-1246
18 Telephone: (858) 450-8400
   Fax: (858) 450-8499
19
   Attorneys for Plaintiff
20 MAXIM INTEGRATED PRODUCTS, INC.

21             **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
22                **SAN FRANCISCO DIVISION**

23 

| MAXIM INTEGRATED PRODUCTS, INC., | **CASE NO. C 08-00979 MHP** |
|---|---|
| Plaintiff, | **THIRD STIPULATION GRANTING EXTENSION OF TIME TO ANSWER COMPLAINT** |
| vs. | |
| FREESCALE SEMICONDUCTOR, INC. | |
| Defendant. | |

THIRD STIPULATION GRANTING EXTENSION OF TIME TO ANSWER COMPLAINT

Dallas 254856v1

Pursuant to N.D. Civil Local Rule 6-1(a), Plaintiff Maxim Integrated Products, Inc. ("Maxim") and Defendant Freescale Semiconductor, Inc. ("Freescale") by and through their respective attorneys of record, hereby agree and stipulate that Freescale shall be granted a third extension of time in which to answer the Complaint for Declaratory Judgment against Freescale. Freescale's answer will now be due on or before May 2, 2008.

Dated: April 17, 2008

**MCKOOL SMITH, PC**

By  /s/ Robert M. Manley
Douglas A. Cawley, *Pro Hac Vice*
dcawley@mckoolsmith.com
Robert M. Manley, *Pro hac vice*
rmanley@mckoolsmith.com
Texas State Bar No. 00787955
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

**SPIEGEL LIAO & KAGAY LLP**

Charles M. Kagay
cmk@slksf.com
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 956-5959
Facsimile: (415) 362-1431

Attorneys for Defendant
**FREESCALE SEMICONDUCTOR, INC.**

**HELLER EHRMAN LLP**

By  /s/ Alan H. Blankenheimer
       (w/permission Robert M. Manley)
Alan H. Blankenheimer (Bar #218713)
alan.blankenheimer@hellerehrman.com
Jo Dale Carothers (Bar #228703)
jodale.carothers@hellerehrman.com
Laura E. Underwood-Muschamp (Bar #228717)
laura.muschamp@hellerehrman.com
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

Attorneys for Plaintiff
**MAXIM INTEGRATED PRODUCTS INC.**