Charles M. Kagay (Bar #73377)
cmk@slksf.com
**SPIEGEL LIAO & KAGAY, LLP**
388 Market Street, Suite 900
San Francisco, California  94111
Telephone:  (415) 956-5959
Facsimile:  (415) 362-1431

Douglas A. Cawley, *Pro Hac Vice*
dcawley@mckoolsmith.com
Robert M. Manley, *Pro Hac Vice*
rmanley@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:  (214) 978-4000
Facsimile:   (214) 978-4044

Attorneys for Defendant
FREESCALE SEMICONDUCTOR, INC.

Alan H. Blankenheimer (Bar #218713)
alan.blankenheimer@hellerehrman.com
Jo Dale Carothers (Bar #228703)
jodale.carothers@hellerehrman.com
Laura E. Underwood-Muschamp (Bar #228717)
laura.muschamp@hellerehrman.com
**Heller Ehrman LLP**
4350 La Jolla Village Drive
7th Floor
San Diego, CA 92122-1246
Telephone: (858) 450-8400
Fax: (858) 450-8499

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>FREESCALE SEMICONDUCTOR, INC. <br><br>Defendant. | **CASE NO. C 08-00979 MHP** <br><br>**THIRD STIPULATION GRANTING EXTENSION OF TIME TO ANSWER COMPLAINT** |

THIRD STIPULATION GRANTING EXTENSION OF TIME TO ANSWER COMPLAINT

Dallas 254856v1

Pursuant to N.D. Civil Local Rule 6-1(a), Plaintiff Maxim Integrated Products, Inc. ("Maxim") and Defendant Freescale Semiconductor, Inc. ("Freescale") by and through their respective attorneys of record, hereby agree and stipulate that Freescale shall be granted a third extension of time in which to answer the Complaint for Declaratory Judgment against Freescale. Freescale's answer will now be due on or before May 2, 2008.  **NO FURTHER EXTENSIONS.**

Dated:  April 17, 2008

| McKOOL SMITH, PC | HELLER EHRMAN LLP |
|---|---|
| By   /s/ Robert M. Manley<br>Douglas A. Cawley, *Pro Hac Vice*<br>dcawley@mckoolsmith.com<br>Robert M. Manley, *Pro hac vice*<br>rmanley@mckoolsmith.com<br>Texas State Bar No. 00787955<br>300 Crescent Court, Suite 1500<br>Dallas, Texas  75201<br>Telephone:  (214) 978-4000<br>Facsimile:  (214) 978-4044 | By   /s/ Alan H. Blankenheimer<br>       (w/permission Robert M. Manley)<br>Alan H. Blankenheimer (Bar #218713)<br>alan.blankenheimer@hellerehrman.com<br>Jo Dale Carothers (Bar #228703)<br>jodale.carothers@hellerehrman.com<br>Laura E. Underwood-Muschamp (Bar #228717)<br>laura.muschamp@hellerehrman.com<br>4350 La Jolla Village Drive, 7th Floor<br>San Diego, CA 92122-1246<br>Telephone: (858) 450-8400<br>Facsimile: (858) 450-8499 |
| **SPIEGEL LIAO & KAGAY LLP**<br><br>Charles M. Kagay<br>cmk@slksf.com<br>388 Market Street, Suite 900<br>San Francisco, California  94111<br>Telephone:  (415) 956-5959<br>Facsimile: (415) 362-1431<br><br>Attorneys for Defendant<br>**FREESCALE SEMICONDUCTOR, INC.** | Attorneys for Plaintiff<br>**MAXIM INTEGRATED PRODUCTS INC.** |

4/21/2008

IT IS SO ORDERED

Judge Marilyn H. Patel

-2-

THIRD STIPULATION GRANTING EXTENSION OF TIME TO ANSWER COMPLAINT
Dallas 254856v1