1  Charles M. Kagay (Bar No. 73377)
   cmk@slksf.com
2  **SPIEGEL LIAO & KAGAY LLP**
   388 Market Street, Suite 900
3  San Francisco, California 94111
   Telephone: (415) 956-5959
4  Facsimile:  (415) 362-1431

5  Douglas A. Cawley, *Pro Hac Vice*
   dcawley@mckoolsmith.com
6  Robert M. Manley, *Pro Hac Vice*
   rmanley@mckoolsmith.com
7  **MCKOOL SMITH, P.C.**
8  300 Crescent Court, Suite 1500
   Dallas, Texas 75201
9  Telephone:  (214) 978-4000
   Facsimile:   (214) 978-4044
10

11 Steven J. Pollinger, *Pro Hac Vice*
   spollinger@mckoolsmith.com
12 **MCKOOL SMITH, P.C.**
   300 W. 6th Street, Suite 1700
13 Austin, Texas  78701
   Telephone:  (512) 692-8700
14 Facsimile:   (512) 692-8744

15
   Attorneys for Defendant
16 FREESCALE SEMICONDUCTOR, INC.

17                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
18                         SAN FRANCISCO DIVISION

19 | MAXIM INTEGRATED PRODUCTS, INC. | Case No. C 08-00979 MHP |
   |---|---|
20 | | **AGREEMENT TO NARROW THE** |
21 | Plaintiff, | **LITIGATION** |
22 | v. | |
23 | FREESCALE SEMICONDUCTOR, INC. | |
24 | Defendant. | |

Dallas 255370v1

Comes now Plaintiff Maxim Integrated Products, Inc. ("Maxim") and Defendant Freescale Semiconductor, Inc. ("Freescale") by and through their respective attorneys of record, and, in a joint effort to narrow the scope of the present litigation, hereby agree:

1. No later than Monday, April 28, 2008, Freescale will identify seven (7) patents of the fifteen (15) patents currently placed at issue in Maxim's Complaint (the "Identified Patents");

2. No later than Wednesday, April 30, 2008, Maxim will amend its Complaint to eliminate every allegation or reference to any of the eight (8) patents that were included in Maxim's original complaint but that are not one of the seven (7) Identified Patents (such eight (8) patents hereafter referred to as the "Dropped Patents");

3. Freescale will file its response to Maxim's Amended Complaint on May 2, 2008;

4. The parties agree that Freescale reserves all rights with respect to the Dropped Patents and that Freescale's agreement to narrow the scope of this litigation does not give rise to any laches, estoppel, or waiver of rights with respect to any of the eight (8) Dropped Patents; and

5. The Parties also agree that, if either party brings litigation on any of the eight (8) Dropped Patents against the other party, the litigation must be brought in the Northern District of California.

| | |
|---|---|
| Dated: April 28, 2008 | |
| **MCKOOL SMITH, PC** | **HELLER EHRMAN LLP** |
| By____/s/ Robert M. Manley_____<br>Douglas A. Cawley, *Pro Hac Vice*<br>dcawley@mckoolsmith.com<br>Robert M. Manley, *Pro Hac vice*<br>rmanley@mckoolsmith.com<br>300 Crescent Court, Suite 1500<br>Dallas, Texas  75201<br>Telephone:  (214) 978-4000<br>Facsimile:   (214) 978-4044 | By____/s/ Alan H. Blankenheimer_____<br>       (w/permission Robert M. Manley)<br>Alan H. Blankenheimer (Bar #218713)<br>alan.blankenheimer@hellerehrman.com<br>Jo Dale Carothers (Bar #228703)<br>jodale.carothers@hellerehrman.com<br>Laura E. Underwood-Muschamp (Bar #228717)<br>laura.muschamp@hellerehrman.com<br>4350 La Jolla Village Drive, 7th Floor<br>San Diego, CA 92122-1246<br>Telephone: (858) 450-8400<br>Facsimile: (858) 450-8499 |
| Steven J. Pollinger, *Pro Hac Vice*<br>spollinger@mckoolsmith.com<br>300 W. 6th Street, Suite 1700<br>Austin, Texas  78701<br>Telephone:  (512) 692-8700<br>Facsimile:  (512) 692-8744 | Attorneys for Plaintiff<br>**MAXIM INTEGRATED PRODUCTS INC.** |
| **SPIEGEL LIAO & KAGAY LLP** | |
| Charles M. Kagay<br>cmk@slksf.com<br>388 Market Street, Suite 900<br>San Francisco, California  94111<br>Telephone: (415) 956-5959<br>Facsimile:  (415) 362-1431 | |
| Attorneys for Defendant<br>**FREESCALE SEMICONDUCTOR, INC.** | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2008, pursuant to Local Rule 5-6, I caused to be electronically filed and transmitted to the Clerk's Office *Agreement to Narrow the Litigation* using the Court's CM/EFC System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alan H. Blankenheimer, at alan.blankenheimer@hellerehrman.com

Jo Dale Carothers, at jodale.carothers@hellerehrman.com

Laura E. Underwood-Muschamp, at laura.muschamp@hellerehrman.com

    /s/ Nancy J. Felix
Nancy J. Felix
Legal Administrative Assistant
McKool Smith, P.C.