1  Charles M. Kagay (Bar No. 73377)
   cmk@slksf.com
2  **SPIEGEL LIAO & KAGAY LLP**
   388 Market Street, Suite 900
3  San Francisco, California 94111
   Telephone: (415) 956-5959
4  Facsimile:  (415) 362-1431

5  Douglas A. Cawley, *Pro Hac Vice*
   dcawley@mckoolsmith.com
6  Robert M. Manley, *Pro Hac Vice*
   rmanley@mckoolsmith.com
7  **MCKOOL SMITH, P.C.**
   300 Crescent Court, Suite 1500
8  Dallas, Texas 75201
9  Telephone:  (214) 978-4000
   Facsimile:   (214) 978-4044

11 Steven J. Pollinger, *Pro Hac Vice*
   spollinger@mckoolsmith.com
12 **MCKOOL SMITH, P.C.**
   300 W. 6th Street, Suite 1700
13 Austin, Texas  78701
   Telephone:  (512) 692-8700
14 Facsimile:   (512) 692-8744

15 Attorneys for Defendant
   FREESCALE SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>Defendant. | Case No. C 08-00979 MHP<br><br>**AGREEMENT TO NARROW THE LITIGATION**<br><br>and ORDER |

Dallas 255370v1

Comes now Plaintiff Maxim Integrated Products, Inc. ("Maxim") and Defendant Freescale Semiconductor, Inc. ("Freescale") by and through their respective attorneys of record, and, in a joint effort to narrow the scope of the present litigation, hereby agree:

1. No later than Monday, April 28, 2008, Freescale will identify seven (7) patents of the fifteen (15) patents currently placed at issue in Maxim's Complaint (the "Identified Patents");

2. No later than Wednesday, April 30, 2008, Maxim will amend its Complaint to eliminate every allegation or reference to any of the eight (8) patents that were included in Maxim's original complaint but that are not one of the seven (7) Identified Patents (such eight (8) patents hereafter referred to as the "Dropped Patents");

3. Freescale will file its response to Maxim's Amended Complaint on May 2, 2008;

4. The parties agree that Freescale reserves all rights with respect to the Dropped Patents and that Freescale's agreement to narrow the scope of this litigation does not give rise to any laches, estoppel, or waiver of rights with respect to any of the eight (8) Dropped Patents; and

5. The Parties also agree that, if either party brings litigation on any of the eight (8) Dropped Patents against the other party, the litigation must be brought in the Northern District of California.

1  Dated: April 28, 2008

2  **MCKOOL SMITH, PC**

3  By  /s/ Robert M. Manley
   Douglas A. Cawley, *Pro Hac Vice*
4  dcawley@mckoolsmith.com
   Robert M. Manley, *Pro Hac vice*
5  rmanley@mckoolsmith.com
   300 Crescent Court, Suite 1500
6  Dallas, Texas 75201
   Telephone: (214) 978-4000
7  Facsimile: (214) 978-4044

8  Steven J. Pollinger, *Pro Hac Vice*
   spollinger@mckoolsmith.com
9  300 W. 6th Street, Suite 1700
   Austin, Texas 78701
10 Telephone: (512) 692-8700
11 Facsimile: (512) 692-8744

12 **SPIEGEL LIAO & KAGAY LLP**

13 Charles M. Kagay
   cmk@slksf.com
14 388 Market Street, Suite 900
   San Francisco, California 94111
15 Telephone: (415) 956-5959
16 Facsimile: (415) 362-1431

17 Attorneys for Defendant
18 **FREESCALE SEMICONDUCTOR, INC.**

**HELLER EHRMAN LLP**

By  /s/ Alan H. Blankenheimer
    (w/permission Robert M. Manley)
Alan H. Blankenheimer (Bar #218713)
alan.blankenheimer@hellerehrman.com
Jo Dale Carothers (Bar #228703)
jodale.carothers@hellerehrman.com
Laura E. Underwood-Muschamp (Bar #228717)
laura.muschamp@hellerehrman.com
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

Attorneys for Plaintiff
**MAXIM INTEGRATED PRODUCTS INC.**



IT IS SO ORDERED
Judge Marilyn H. Patel
4/29/2008

AGREEMENT TO NARROW THE LITIGATION     PAGE 2
Dallas 255370v1

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2008, pursuant to Local Rule 5-6, I caused to be electronically filed and transmitted to the Clerk's Office *Agreement to Narrow the Litigation* using the Court's CM/EFC System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alan H. Blankenheimer, at alan.blankenheimer@hellerehrman.com

Jo Dale Carothers, at jodale.carothers@hellerehrman.com

Laura E. Underwood-Muschamp, at laura.muschamp@hellerehrman.com

      /s/ Nancy J. Felix
Nancy J. Felix
Legal Administrative Assistant
McKool Smith, P.C.