Charles M. Kagay (Bar No. 73377)
cmk@slksf.com
**SPIEGEL LIAO & KAGAY LLP**
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 956-5959
Facsimile:  (415) 362-1431

Douglas A. Cawley, *Pro Hac Vice*
dcawley@mckoolsmith.com
Robert M. Manley, *Pro Hac Vice*
rmanley@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone:  (214) 978-4000
Facsimile:   (214) 978-4044

Steven J. Pollinger, *Pro Hac Vice*
spollinger@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, Texas  78701
Telephone:  (512) 692-8700
Facsimile:   (512) 692-8744

Attorneys for Defendant
FREESCALE SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>Defendant. | Case No.  C 08-00979 MHP<br><br>**DEFENDANT FREESCALE SEMICONDUCTOR, INC.'S CERTIFICATE OF INTERESTED PERSONS OR ENTITIES PURSUANT TO L.R. 3-16**<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Civil L.R. 3-16, Defendant Freescale Semiconductor, Inc. ("Freescale"), by and through its undersigned counsel, certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Freescale Holdings, L.P. is the Parent of Freescale Semiconductor Holdings, I. Ltd. which directly owns all of the outstanding common shares of Freescale Semiconductor Holdings II, Ltd., which is the direct owner of Freescale Semiconductor Holdings III, Ltd., which is the direct owner of Freescale Semiconductor Holdings IV, Ltd., which is the direct owner of Freescale Semiconductor Holdings V, Inc. ("Holdings V"). Holdings V owns, directly and as trustee, all of the outstanding common stock of Freescale Semiconductor, Inc. ("FSL, Inc.").

Freescale Holdings G.P., Ltd. is the general partner of Freescale Holdings, L.P. Freescale Holdings GP, Ltd. is owned equally by The Blackstone Group, The Carlyle Group, funds advised by Permira Advisers LLC and TPG (formerly Texas Pacific Group). The Blackstone Group is a publicly traded entity.

1

**DEFENDANT'S CERTIFICATE OF INTERESTSED PERSONS OR ENTITIES PURSUANT TO L.R. 3-16**    **CASE NO. CV 08-00979 MHP**
Dallas 253735v3

| | |
|---|---|
| Dated: May 2, 2008. | Respectfully submitted, |

**MCKOOL SMITH, PC**

By  /s/ Robert M. Manley
 Douglas A. Cawley, *Pro Hac Vice*
 dcawley@mckoolsmith.com
 Robert M. Manley, *Pro hac vice*
 rmanley@mckoolsmith.com
 300 Crescent Court, Suite 1500
 Dallas, Texas  75201
 Telephone:  (214) 978-4000
 Facsimile:  (214) 978-4044

 Steven J. Pollinger, *Pro Hac Vice*
 spollinger@mckoolsmith.com
 300 W. 6th Street, Suite 1700
 Austin, Texas  78701
 Telephone:  (512) 692-8700
 Facsimile:  (512) 692-8744

**SPIEGEL LIAO & KAGAY LLP**

Charles M. Kagay (Bar No. 73377)
cmk@slksf.com
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 956-5959
Fax::   (415) 362-1431

ATTORNEYS FOR DEFENDANT
**FREESCALE SEMICONDUCTOR, INC.**

2

# CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008, pursuant to Local Rule 5-6, I caused to be electronically filed and transmitted to the Clerk's Office *Defendant Freescale Semiconductor, Inc.'s Certificate Of Interested Persons Or Entities Pursuant To L.R. 3-16* using the Court's CM/EFC System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alan H. Blankenheimer, alan.blankenheimer@hellerehrman.com

Jo Dale Carothers, jodale.carothers@hellerehrman.com

Laura E. Underwood-Muschamp, laura.muschamp@hellerehrman.com

      /s/ Nancy J. Felix
Nancy J. Felix
Legal Administrative Assistant
McKool Smith, P.C.

3

**DEFENDANT'S CERTIFICATE OF INTERESTSED PERSONS OR ENTITIES PURSUANT TO L.R. 3-16**    CASE NO. CV 08-00979 MHP
Dallas 253735v3

McKool Smith
A Professional Corporation · Attorneys
Dallas, Texas