Charles M. Kagay (Bar No. 73377)
**SPIEGEL LIAO & KAGAY LLP**
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 956-5959
Fax::    (415) 362-1431
Email:  cmk@slksf.com

Douglas A. Cawley, *Pro Hac Vice*
dcawley@mckoolsmith.com
Robert M. Manley, *Pro Hac Vice*
rmanley@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:  (214) 978-4000
Facsimile:   (214) 978-4044

Steven J. Pollinger, *Pro Hac Vice*
spollinger@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, Texas  78701
Telephone:  (512) 692-8700
Facsimile:   (512) 692-8744

Attorneys for Defendant
FREESCALE SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MAXIM INTEGRATED PRODUCTS, INC. | Case No.  C 08-00979 MHP |
|---|---|
| Plaintiff, | **DEFENDANT FREESCALE SEMICONDUCTOR, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| FREESCALE SEMICONDUCTOR, INC. | |
| Defendant. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MCKOOL SMITH
A PROFESSIONAL CORPORATION • ATTORNEYS
DALLAS, TEXAS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McKool Smith
A Professional Corporation • Attorneys
Dallas, Texas

Pursuant to FED. R. CIV. P. 71., Defendant Freescale Semiconductor, Inc. ("Freescale"), by and through its undersigned counsel, hereby certifies and identifies that as of this date;

Freescale Holdings, L.P. is the Parent of Freescale Semiconductor Holdings, I. Ltd. which directly owns all of the outstanding common shares of Freescale Semiconductor Holdings II, Ltd., which is the direct owner of Freescale Semiconductor Holdings III, Ltd., which is the direct owner of Freescale Semiconductor Holdings IV, Ltd., which is the direct owner of Freescale Semiconductor Holdings V, Inc. ("Holdings V"). Holdings V owns, directly and as trustee, all of the outstanding common stock of Freescale Semiconductor, Inc. ("FSL, Inc.").

Freescale Holdings G.P., Ltd. is the general partner of Freescale Holdings, L.P. Freescale Holdings GP, Ltd. is owned equally by The Blackstone Group, The Carlyle Group, funds advised by Permira Advisers LLC and TPG (formerly Texas Pacific Group). The Blackstone Group is a publicly traded entity.

1

Dated: May 2, 2008.                    Respectfully submitted,

                                       MCKOOL SMITH, P.C.

                                       By    /s/ Robert M. Manley
                                             Douglas A. Cawley, *Pro Hac Vice*
                                             dcawley@mckoolsmith.com
                                             Robert M. Manley, *Pro Hac Vice*
                                             rmanley@mckoolsmith.com
                                             300 Crescent Court, Suite 1500
                                             Dallas, Texas  75201
                                             Telephone:  (214) 978-4000
                                             Facsimile:  (214) 978-4044

                                             Steven J. Pollinger, *Pro Hac Vice*
                                             spollinger@mckoolsmith.com
                                             300 W. 6th Street, Suite 1700
                                             Austin, Texas  78701
                                             Telephone:  (512) 692-8700
                                             Facsimile:  (512) 692-8744

                                       SPIEGEL LIAO & KAGAY LLP

                                             Charles M. Kagay (Bar No. 73377)
                                             388 Market Street, Suite 900
                                             San Francisco, California 94111
                                             Telephone: (415) 956-5959
                                             Fax::   (415) 362-1431
                                             Email:  cmk@slksf.com

                                       ATTORNEYS FOR DEFENDANT
                                       **FREESCALE SEMICONDUCTOR, INC.**

McKool Smith
A Professional Corporation • Attorneys
Dallas, Texas

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McKool Smith
A Professional Corporation • Attorneys
Dallas, Texas

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 2, 2008, pursuant to Local Rule 5-6, I caused to be electronically filed and transmitted to the Clerk's Office *Defendant Freescale Semiconductor, Inc.'s Corporate Disclosure Statement* using the Court's CM/EFC System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Alan H. Blankenheimer, alan.blankenheimer@hellerehrman.com

    Jo Dale Carothers, jodale.carothers@hellerehrman.com

    Laura E. Underwood-Muschamp, laura.muschamp@hellerehrman.com


                               /s/ Nancy J. Felix

                         Nancy J. Felix
                         Legal Administrative Assistant
                         McKool Smith, P.C.