| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| ALAN H. BLANKENHEIMER, ESQ., SBN 218713<br>HELLER EHRMAN LLP<br>4350 LA JOLLA VILLAGE DRIVE<br>7TH FLOOR<br>University City, CA 92122<br>Telephone No: 858-450-8400<br><br>Ref. No. or File No.:<br><br>Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Northern District Of California |

Plaintiff: MAXIM INTEGRATED PRODUCTS, INC.
Defendant: FREESCALE SEMICONDUCTOR, INC.

| PROOF OF SERVICE<br>Summons & Complaint-Civil | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0800979BZ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint; Civil Case Cover Sheet; Order Setting Case Management Conference; Notice Of Case Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Maxim Integrated Products, Inc.'s Certification Of Interested Entities Or Persons Pursuant To Civil L.R. 3-16; Order Setting Initial Case Management Conference And Adr Deadlines; Maxim Integrated Products, Inc.'s Corporate Disclosure Statement Pursuant To Fed. R. Civ. P.7.1

3. a. Party served: FREESCALE SEMICONDUCTOR, INC.
   b. Person served: BECKY DEGEORGE, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served: 2730 GATEWAY OAKS DR
   STE 100
   SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Feb. 18, 2008 (2) at: 11:00AM

7. *Person Who Served Papers:*
   a. BRIAN BOWLES

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $16.57
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2006-55
      (iii) County: Sacramento
      (iv) Expiration Date: Thu, Sep. 18, 2008

   **First Legal Support Services** sm
   ATTORNEY SERVICES
   1814 "I" STREET
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Thu, Feb. 28, 2008

   (BRIAN BOWLES)

Judicial Council Form
Rule 2.150,(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Summons & Complaint-Civ

908515.helehsd.116505