ALAN H. BLANKENHEIMER (Bar No. 218713)
alan.blankenheimer@hellerehrman.com
LAURA E. UNDERWOOD-MUSCHAMP (Bar No. 228717)
laura.muschamp@hellerehrman.com
JO DALE CAROTHERS (Bar No. 228703)
jodale.carothers@hellerehrman.com
CHRISTOPHER K. EPPICH (Bar No. 228025)
christopher.eppich@hellerehrman.com
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA  92122-1246
Telephone: +1 (858) 450-8400
Facsimile: +1 (858) 450-8499

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. <br><br> AND RELATED CROSS-ACTIONS. | Case No.: C 08-00979-MHP <br><br> **MAXIM INTEGRATED PRODUCTS, INC.'S SUPPLEMENTAL CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16** |

Pursuant to Civil L.R. 3-16, Plaintiff Maxim Integrated Products, Inc., by its undersigned counsel, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

---

MAXIM'S SUPPLEMENTAL CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO
LOCAL RULE 3-16: CASE NO.: C 08-00797-MHP

1. ASAT Holdings Ltd. and ASAT Inc.

2. Amkor Technology, Inc.

3. UTAC Thai Ltd. (UTL) (formerly NS Electronics Bangkok (1993) Ltd.)

4. Carsem

5. STATS ChipPAK Ltd.

May 23, 2008						Respectfully submitted,

							HELLER EHRMAN LLP


							By s/ Alan H. Blankenheimer
							ALAN H. BLANKENHEIMER
							LAURA E. UNDERWOOD-MUSCHAMP
							JO DALE CAROTHERS
							CHRISTOPHER K. EPPICH

							Attorneys for Plaintiff
							MAXIM INTEGRATED PRODUCTS, INC.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 23, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/EFC System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

CHARLES M. KAGAY
cmk@slksf.com

DOUGLAS A. CAWLEY
dcawley@mckoolsmith.com

ROBERT M. MANLEY
rmanley@mckoolsmith.com

May 23, 2008                     <u>s/ Kristina V. Grauer</u>
                                 Legal Secretary
                                 Heller Ehrman, LLP