UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Maxim Integrated Products, Inc.

                    Plaintiff(s),

              v.

Freescale Semiconductor, Inc.

                    Defendant(s).
_____/

Case No.  C 08-00979 MHP

ADR CERTIFICATION BY PARTIES
AND COUNSEL

        Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

        **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

        **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

        **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 27, 2008

_____
[Party]

Dated: May 27, 2008

s/ Robert M. Manley
_____
[Counsel]