UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Maxim Integrated Products, Inc.

                      CASE NO. 3:08-cv-979 MHP

        Plaintiff(s),

    v.                          STIPULATION AND [PROPOSED]
Freescale Semiconductor, Inc.            ORDER SELECTING ADR PROCESS

        Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓    Private ADR *(please identify process and provider)* _____
The parties have discussed using Judge Infante or another JAMS mediator.

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline  October 15, 2008

Dated: 5/27/2008                             /s/Alan H. Blankenheimer
                                                Attorney for Plaintiff, Maxim Integrated Products, Inc.

Dated: 05/27/2008                           /s/ Robert M. Manley
                                                Attorney for Defendant, Freescale Semiconductor, Inc.

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
✓    Private ADR

    Deadline for ADR session
        90 days from the date of this order.
✓    other   October 15, 2008

IT IS SO ORDERED.

Dated:_____                   _____
                                                         Marylin H. Patel
                                                         UNITED STATES DISTRICT       JUDGE