1   Charles M. Kagay (Bar No. 73377)
    **SPIEGEL LIAO & KAGAY LLP**
2   388 Market Street, Suite 900
    San Francisco, California 94111
3   Telephone: (415) 956-5959
    Fax::   (415) 362-1431
4   Email:  cmk@slksf.com

5   Douglas A. Cawley, *Pro Hac Vice*
    dcawley@mckoolsmith.com
6   Robert M. Manley, *Pro Hac Vice*
    rmanley@mckoolsmith.com
7   **MCKOOL SMITH, P.C.**
8   300 Crescent Court, Suite 1500
    Dallas, Texas 75201
9   Telephone:  (214) 978-4000
    Facsimile:   (214) 978-4044
10

11  Steven J. Pollinger, *Pro Hac Vice*
    spollinger@mckoolsmith.com
12  **MCKOOL SMITH, P.C.**
    300 W. 6th Street, Suite 1700
13  Austin, Texas  78701
    Telephone:  (512) 692-8700
14  Facsimile:   (512) 692-8744

15  Attorneys for Defendant
16  FREESCALE SEMICONDUCTOR, INC.

17              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
18                 SAN FRANCISCO DIVISION

19  MAXIM   INTEGRATED   PRODUCTS,        Case No.  C 08-00979 MHP
    INC.
20                                        **REQUEST TO PARTICIPATE IN THE**
21               Plaintiff,               **INITIAL CASE MANAGEMENT**
                                          **CONFERENCE BY TELEPHONE**
22  v.

23  FREESCALE SEMICONDUCTOR, INC.
                                          **JURY DEMAND**
24               Defendant.

25  And related counterclaims.

26

27

28

**MCKOOL SMITH**
**A PROFESSIONAL CORPORATION • ATTORNEYS**
**DALLAS, TEXAS**

Comes now Defendant, Freescale Semiconductor, Inc. ("Freescale") and pursuant to L.R. 16-10(a), hereby requests the Court allow counsel for Freescale, Steven J. Pollinger, to participate in the initial case management conference scheduled for Monday, June 9, 2008 by telephone.  Mr. Pollinger represents Visto Corporation and is currently preparing for trial in the case of *Visto Corporation v. Research in Motion*, 2:07-CV-00375 (TJW) (CE), United States District Court For The Eastern District Of Texas, Marshall Division.  This case is set for trial on July 7, 2008.

Counsel for Freescale, Douglas A. Cawley and Robert M. Manley, will attend the Initial Case Management Conference and participate on behalf of Freescale on June 9, 2008.

McKOOL SMITH
A PROFESSIONAL CORPORATION • ATTORNEYS
DALLAS, TEXAS

1

Dated: June 2, 2008.

Respectfully submitted,

2

**McKool Smith, PC**

3

By    /s/ Robert M. Manley

4

Douglas A. Cawley, *Pro Hac Vice*
dcawley@mckoolsmith.com

5

Robert M. Manley, *Pro Hac Vice*
rmanley@mckoolsmith.com

6

300 Crescent Court, Suite 1500

7

Dallas, Texas 75201
Telephone: (214) 978-4000

8

Facsimile: (214) 978-4044
Email: rmanley@mckoolsmith.com

9

10

Steven J. Pollinger, *Pro Hac Vice*
spollinger@mckoolsmith.com

11

300 W. 6th Street, Suite 1700
Austin, Texas 78701

12

Telephone: (512) 692-8700
Facsimile: (512) 692-8744

13

14

**Spiegel Liao & Kagay Llp**
Charles M. Kagay (Bar No. 73377)

15

388 Market Street, Suite 900
San Francisco, California 94111

16

Telephone: (415) 956-5959
Fax:: (415) 362-1431

17

Email: cmk@slksf.com

18

ATTORNEYS FOR DEFENDANT

19

**FREESCALE SEMICONDUCTOR, INC.**

20

21

22

23

24

25

26

27

28

McKool Smith
A Professional Corporation • Attorneys
Dallas, Texas

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**McKool Smith**
**A Professional Corporation • Attorneys**
**Dallas, Texas**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 2, 2008, pursuant to Local Rule 5-6, I caused to be electronically filed and transmitted to the Clerk's Office *Request To Participate In The Initial Case Management Conference By Telephone* using the Court's CM/EFC System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alan H. Blankenheimer, at alan.blankenheimer@hellerehrman.com

Jo Dale Carothers, at jodale.carothers@hellerehrman.com

Laura E. Underwood-Muschamp, at laura.muschamp@hellerehrman.com

Dated: June 2, 2008

_____/s/ Nancy J. Felix_____
Nancy J. Felix
Legal Administrative Assistant
McKool Smith, P.C.