Charles M. Kagay (Bar No. 73377)
**SPIEGEL LIAO & KAGAY LLP**
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 956-5959
Fax:: (415) 362-1431
Email: cmk@slksf.com

Douglas A. Cawley, *Pro Hac Vice*
dcawley@mckoolsmith.com
Robert M. Manley, *Pro Hac Vice*
rmanley@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Steven J. Pollinger, *Pro Hac Vice*
spollinger@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Attorneys for Defendant
FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FREESCALE SEMICONDUCTOR, INC. <br><br> Defendants. | **CASE NO. C 08-00979 MHP** <br><br> **NOTICE OF APPEARANCE OF STEVEN J. POLLINGER** |

Comes now Defendant, Freescale Semiconductor, Inc. ("Freescale") and hereby notifies the Court and all parties of record herein that, in addition to the attorneys already representing Freescale in the above-captioned action, Steven J. Pollinger, Texas State Bar No. 24011919, of

-1-

McKool Smith, P.C., 300 W. 6th Street, Suite 1700, Austin, Texas 78701, having already been *admitted pro hac vice* in the above-entitled action, enters an appearance as attorney of record on behalf of Freescale.

Dated:  June 4, 2008

        **MCKOOL SMITH, P.C.**

By  /s/ Steven J. Pollinger
    Steven J. Pollinger, *Pro Hac Vice*
    spollinger@mckoolsmith.com
    300 W. 6th Street, Suite 1700
    Austin, Texas  78701
    Telephone:  (512) 692-8700
    Facsimile:   (512) 692-8744

    Douglas A. Cawley, *Pro Hac Vice*
    dcawley@mckoolsmith.com
    Robert M. Manley, *Pro Hac Vice*
    rmanley@mckoolsmith.com
    300 Crescent Court, Suite 1500
    Dallas, Texas  75201
    Telephone:  (214) 978-4000
    Facsimile:  (214) 978-4044
    Email:  rmanley@mckoolsmith.com

    **SPIEGEL LIAO & KAGAY LLP**

    Charles M. Kagay (Bar No. 73377)
    388 Market Street, Suite 900
    San Francisco, California 94111
    Telephone: (415) 956-5959
    Fax::    (415) 362-1431
    Email:  cmk@slksf.com

    ATTORNEYS FOR DEFENDANT
    **FREESCALE SEMICONDUCTOR, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2008, pursuant to Local Rule 5-6, I caused to be electronically filed and transmitted to the Clerk's Office Notice of Appearance of Steven J. Pollinger using the Court's CM/EFC System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alan H. Blankenheimer, at alan.blankenheimer@hellerehrman.com

Jo Dale Carothers, at jodale.carothers@hellerehrman.com

Laura E. Underwood-Muschamp, at laura.muschamp@hellerehrman.com

Dated: June 4, 2008

                                              /s/ Nancy J. Felix
                                              Nancy J. Felix
                                              Legal Administrative Assistant
                                              McKool Smith, P.C.