**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: June 9, 2009

Case No.   C 08-0979  MHP             Judge: MARILYN H. PATEL

Title: MAXIM INTEGRATED PRODUCTS INC -v- FREESCALE SEMICONDUCTOR INC

Attorneys:  Plf: Alan Blankenheimer, Laura Underwood-Muschef
            Dft: Douglas Cawley, Wayne Liao

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel discuss underlying remaining 7 patents involved;  8/21/2008  infringement contentions; five terms /claim allowed;

Further status conference set for 11/17/2008 at 3:00 pm, with a joint statement to be filed one week prior to the conference.