1  Charles M. Kagay (Bar #73377)
2  cmk@slksf.com
   **SPIEGEL LIAO & KAGAY, LLP**
3  388 Market Street, Suite 900
   San Francisco, California  94111
4  Telephone:  (415) 956-5959
   Facsimile:  (415) 362-1431
5

6  Douglas A. Cawley, *Pro Hac Vice*
   dcawley@mckoolsmith.com
7  Robert M. Manley, *Pro Hac Vice*
   rmanley@mckoolsmith.com
8  **MCKOOL SMITH, P.C.**
9  300 Crescent Court, Suite 1500
   Dallas, Texas 75201
10 Telephone:  (214) 978-4000
   Facsimile:   (214) 978-4044
11
   Attorney for Defendant
12 FREESCALE SEMICONDUCTOR, INC.
   (*additional counsel listed on signature page*)
13

14 Alan H. Blankenheimer (Bar #218713)
   alan.blankenheimer@hellerehrman.com
   Jo Dale Carothers (Bar #228703)
15 jodale.carothers@hellerehrman.com
   Laura E. Underwood-Muschamp (Bar #228717)
16 laura.muschamp@hellerehrman.com
   **Heller Ehrman LLP**
17 4350 La Jolla Village Drive, 7th Floor
   San Diego, CA 92122-1246
18 Telephone:  (858) 450-8400
   Facsimile:   (858) 450-8499
19
   Attorneys for Plaintiff
20 MAXIM INTEGRATED PRODUCTS, INC.

21              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
22

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., | **CASE NO. CV 08-00979 MHP** |
| Plaintiff, | **STIPULATION REGARDING ELECTRONIC SIGNATURES** |
| vs. | |
| FREESCALE SEMICONDUCTOR, INC. | |
| Defendants. | |

-1-
STIPULATION REGARDING ELECTRONIC SIGNATURES
CASE NO. CV 08-00979 MHP

Dallas 257655v1

Pursuant to an agreement between the parties, Plaintiff Maxim Integrated Products, Inc. ("Maxim") and Defendant Freescale Semiconductor, Inc. ("Freescale"), by and through their respective attorneys of record, hereby agree and stipulate that the parties shall be allowed to submit verifications in response to discovery responses with electronic signatures.  Counsel for the parties shall also be allowed to submit responses to discovery and other documents requiring counsel's written signature with an electronic signature.  The parties agree and stipulate that these electronic signatures shall have the same legal and binding effect as a written signature.

Dated:  June 20, 2008

                                      **MCKOOL SMITH, P.C.**

By    /s/ Robert M. Manley
       Douglas A. Cawley, *Pro Hac Vice*
       dcawley@mckoolsmith.com
       Robert M. Manley, *Pro Hac Vice*
       rmanley@mckoolsmith.com
       Kimberly O.D. Thompson, *Pro Hac Vice*
       kthompson@mckoolsmith.com
       300 Crescent Court, Suite 1500
       Dallas, Texas  75201
       Telephone:  (214) 978-4000
       Facsimile:  (214) 978-4044

       Steven J. Pollinger, *Pro Hac Vice*
       spollinger@mckoolsmith.com
       300 W. 6th Street, Suite 1700
       Austin, Texas  78701
       Telephone:  (512) 692-8700
       Facsimile:  (512) 692-8744

       Charles M. Kagay
       cmk@slksf.com
       **SPIEGEL LIAO & KAGAY, LLP**
       388 Market Street, Suite 900
       San Francisco, California  94111
       Telephone:  (415) 956-5959
       Facsimile:  (415) 362-1431

       Attorneys for Defendant
       FREESCALE SEMICONDUCTOR, INC.

Dallas 257655v1

| | | |
|---|---|---|
| 1 | Dated: June 20, 2008 | **HELLER EHRMAN LLP** |
| 2 | | |
| 3 | | By   /s/ Alan H. Blankenheimer   <br>        (w/permission Robert M. Manley) |
| 4 | | Alan H. Blankenheimer (Bar #218713)<br>alan.blankenheimer@hellerehrman.com |
| 5 | | Jo Dale Carothers (Bar #228703)<br>jodale.carothers@hellerehrman.com |
| 6 | | Laura E. Underwood-Muschamp (Bar #228717)<br>laura.muschamp@hellerehrman.com |
| 7 | | 4350 La Jolla Village Drive, 7th Floor<br>San Diego, CA 92122-1246 |
| 8 | | Telephone: (858) 450-8400<br>Facsimile: (858) 450-8499 |
| 9 | | |
| 10 | | Attorneys for Plaintiff<br>MAXIM INTEGRATED PRODUCTS INC. |

-3-
STIPULATION REGARDING ELECTRONIC SIGNATURES
CASE NO. CV 08-00979 MHP

Dallas 257655v1