1 | Kimberly O'D. Thompson
2 | kthompson@mckoolsmith.com
  | Texas State Bar No. 19956200
3 | McKool Smith PC
  | 300 Crescent Court, Suite 1200
4 | Dallas, Texas 75201
  | Telephone: (214) 978-4000
5 | Facsimile: (214) 978-4044

6 | Attorneys for Defendant
  | Freescale Semiconductor, Inc.

FILED
08 JUN -2 PM 3:54

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., | CASE NO. 3:08-CV-979 MHP |
| Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| vs. | |
| FREESCALE SEMICONDUCTOR, INC. | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, Kimberly O'D. Thompson, an active member in good standing of the bar of the State of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Freescale Semiconductor, Inc., in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-

counsel in the above-entitled action. The name, address and telephone number of that attorney is:

>Charles M. Kagay (Bar #73377)
>cmk@slksf.com
>**SPIEGEL LIAO & KAGAY, LLP**
>388 Market Street, Suite 900
>San Francisco, California 94111
>Telephone: (415) 5956-5959
>Facsimile: (415) 362-1431

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 29, 2008        By _____
                              Kimberly O'D. Thompson

---

2
APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

CASE NO.: 3:08-C-V979 MHP

Dallas 256728v1

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611019705
Cashier ID: bucklem
Transaction Date: 06/02/2008
Payer Name: McKool Smith, APC
-----------------------------------
PRO HAC VICE
 For: kim thompson
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 63183
 Amt Tendered:  $210.00
-----------------------------------
Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

c08-979mhp


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```