1   Charles M. Kagay (Bar No. 73377)
    cmk@slksf.com
2   **SPIEGEL LIAO & KAGAY LLP**
    388 Market Street, Suite 900
3   San Francisco, California 94111
    Telephone:  (415) 956-5959
4   Facsimile:   (415) 362-1431

5   Douglas A. Cawley, *Pro Hac Vice*
    dcawley@mckoolsmith.com
6   Robert M. Manley, *Pro Hac Vice*
    rmanley@mckoolsmith.com
7   **MCKOOL SMITH, P.C.**
8   300 Crescent Court, Suite 1500
    Dallas, Texas 75201
9   Telephone:  (214) 978-4000
    Facsimile:   (214) 978-4044
10

11  Steven J. Pollinger, *Pro Hac Vice*
    spollinger@mckoolsmith.com
12  **MCKOOL SMITH, P.C.**
    300 W. 6th Street, Suite 1700
13  Austin, Texas  78701
    Telephone:  (512) 692-8700
14  Facsimile:   (512) 692-8744

15  Attorneys for Defendant
16  FREESCALE SEMICONDUCTOR, INC.

17              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
18               SAN FRANCISCO DIVISION

19  MAXIM    INTEGRATED    PRODUCTS,     Case No.  CV 08-00979 MHP
    INC.
20                                        **NOTICE OF COMPLIANCE**
                   Plaintiff,
21
22  v.

23  FREESCALE SEMICONDUCTOR, INC.

24                 Defendant.

25

26

27

28
                            1

1    Defendant Freescale Semiconductor, Inc. ("Freescale") hereby certifies that pursuant to

2    Patent L.R. 3-1 and 3-2, Freescale has fulfilled its obligation to serve it's Disclosure of Asserted

3    Claims and Preliminary Infringement Contentions and produce documents responsive to Patent

4    L.R. 3-2.

5

6    Dated: June 30, 2008.                    Respectfully submitted,

7                                             MCKOOL SMITH, PC

8                                    By    /s/ Robert M. Manley
9                                          Douglas A. Cawley, *Pro Hac Vice*
                                           dcawley@mckoolsmith.com
10                                         Robert M. Manley, *Pro Hac Vice*
                                           rmanley@mckoolsmith.com
11                                         300 Crescent Court, Suite 1500
                                           Dallas, Texas  75201
12                                         Telephone:  (214) 978-4000
                                           Facsimile:   (214) 978-4044
13

14                                         Steven J. Pollinger, *Pro Hac Vice*
                                           spollinger@mckoolsmith.com
15                                         300 W. 6th Street, Suite 1700
                                           Austin, Texas  78701
16                                         Telephone:  (512) 692-8700
                                           Facsimile:   (512) 692-8744
17

18                                         SPIEGEL LIAO & KAGAY LLP

19                                         Charles M. Kagay (Bar No. 73377)
                                           cmk@slksf.com
20                                         388 Market Street, Suite 900
                                           San Francisco, California 94111
21                                         Telephone:  (415) 956-5959
                                           Facsimile:   (415) 362-1431
22

23                                         **ATTORNEYS FOR DEFENDANT**
                                           **FREESCALE SEMICONDUCTOR, INC.**
24

25

26

27

28
                                                     2

1

### CERTIFICATE OF SERVICE

I hereby certify that on, June 30, 2008, pursuant to Local Rule 5-6, I caused to be electronically filed and transmitted to the Clerk's Office the above ***Notice of Compliance*** using the Court's CM/EFC System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alan H. Blankenheimer, at alan.blankenheimer@hellerehrman.com

Jo Dale Carothers, at jodale.carothers@hellerehrman.com

Laura E. Underwood-Muschamp, at laura.muschamp@hellerehrman.com

Dated: June 30, 2008

            /s/ Nancy J. Felix
Nancy J. Felix
Legal Administrative Assistant
McKool Smith, P.C.

NOTICE OF COMPLIANCE
Dallas 258372v1

CASE No. CV 08-00979 MHP