1  Charles M. Kagay (Bar No. 73377)
   cmk@slksf.com
2  **SPIEGEL LIAO & KAGAY LLP**
   388 Market Street, Suite 900
3  San Francisco, California 94111
   Telephone: (415) 956-5959
4  Facsimile: (415) 362-1431

5  Douglas A. Cawley, *Pro Hac Vice*
   dcawley@mckoolsmith.com
6  Robert M. Manley, *Pro Hac Vice*
   rmanley@mckoolsmith.com
7  Kimberly O'D. Thompson, *Pro Hac Vice*
   kthompson@mckoolsmith.com
8  **MCKOOL SMITH, P.C.**
9  300 Crescent Court, Suite 1500
   Dallas, Texas 75201
10 Telephone: (214) 978-4000
   Facsimile: (214) 978-4044
11

12 Steven J. Pollinger, *Pro Hac Vice*
   spollinger@mckoolsmith.com
13 **MCKOOL SMITH, P.C.**
   300 W. 6th Street, Suite 1700
14 Austin, Texas 78701
   Telephone: (512) 692-8700
15 Facsimile: (512) 692-8744

16
   Attorneys for Defendant and Counter-Claimant
17 FREESCALE SEMICONDUCTOR, INC.

18           UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
19                SAN FRANCISCO DIVISION

20 
   MAXIM INTEGRATED PRODUCTS,         Case No. CV 08-00979 MHP
21 INC.
                                      **NOTICE OF COMPLIANCE**
22           Plaintiff,

23 v.

24 FREESCALE SEMICONDUCTOR, INC.

25           Defendant.

26

27

28
                              1

Defendant and Counter-Claimant Freescale Semiconductor, Inc. ("Freescale") hereby certifies that that it has fulfilled its obligation to serve its Initial Disclosures pursuant to Fed. R. Civ. P. 26.

Dated: July 11, 2008.                    Respectfully submitted,

**MCKOOL SMITH, PC**

By   /s/ Robert M. Manley
       Douglas A. Cawley, *Pro Hac Vice*
       dcawley@mckoolsmith.com
       Robert M. Manley, *Pro Hac Vice*
       rmanley@mckoolsmith.com
       Kimberly O'D. Thompson, *Pro Hac Vice*
       kthompson@mckoolsmith.com
       300 Crescent Court, Suite 1500
       Dallas, Texas  75201
       Telephone:  (214) 978-4000
       Facsimile:  (214) 978-4044

       Steven J. Pollinger, *Pro Hac Vice*
       spollinger@mckoolsmith.com
       300 W. 6th Street, Suite 1700
       Austin, Texas  78701
       Telephone:  (512) 692-8700
       Facsimile:  (512) 692-8744

**SPIEGEL LIAO & KAGAY LLP**

Charles M. Kagay (Bar No. 73377)
cmk@slksf.com
388 Market Street, Suite 900
San Francisco, California 94111
Telephone:  (415) 956-5959
Facsimile:  (415) 362-1431

**ATTORNEYS FOR DEFENDANT FREESCALE SEMICONDUCTOR, INC.**

2

**NOTICE OF COMPLIANCE**                                           **CASE NO. CV 08-00979 MHP**
Dallas 258879v1

# CERTIFICATE OF SERVICE

I hereby certify that on, July 11, 2008, pursuant to Local Rule 5-6, I caused to be electronically filed and transmitted to the Clerk's Office the above *Notice of Compliance* using the Court's CM/EFC System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alan H. Blankenheimer, at alan.blankenheimer@hellerehrman.com

Jo Dale Carothers, at jodale.carothers@hellerehrman.com

Laura E. Underwood-Muschamp, at laura.muschamp@hellerehrman.com

Dated: July 11, 2008

                                            /s/ Nancy J. Felix
Nancy J. Felix
Legal Administrative Assistant
McKool Smith, P.C.