| | |
|---|---|
| CHARLES M. KAGAY (Bar #73377)<br>cmk@slksf.com<br>SPEIGEL LIAO & KAGAY, LLP<br>388 Market Street, Suite 900<br>San Francisco, California 94111<br>Telephone: (415) 956-5959<br>Facsimile: (415) 362-1431<br><br>DOUGLAS A. CAWLEY, *Pro Hac Vice*<br>dcawley@mckoolsmith.com<br>ROBERT M. MANLEY, *Pro Hac Vice*<br>rmanley@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044<br><br>Attorney for Defendant<br>FREESCALE SEMICONDUCTOR, INC. | ALAN H. BLANKENHEIMER (Bar No. 218713)<br>alan.blankenheimer@hellerehrman.com<br>LAURA E. UNDERWOOD-MUSCHAMP (Bar No. 228717)<br>laura.muschamp@hellerehrman.com<br>JO DALE CAROTHERS (Bar No. 228703)<br>jodale.carothers@hellerehrman.com<br>CHRISTOPHER K. EPPICH (Bar No. 228025)<br>christopher.eppich@hellerehrman.com<br>HELLER EHRMAN LLP<br>4350 La Jolla Village Drive, 7th Floor<br>San Diego, CA 92122-1246<br>Telephone: (858) 450-8400<br>Facsimile: (858) 450-8499<br><br>Attorneys for Plaintiff<br>MAXIM INTEGRATED PRODUCTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>Defendant. | Case No. CV 08-00979-MHP<br><br>**JOINT MOTION TO STAY SCHEDULING ORDER** |

Plaintiff Freescale Semiconductor, Inc. ("Freescale") and Defendant Maxim Integrated Products, Inc. ("Maxim") file this joint motion to stay the scheduling order of the pending litigation while the parties pursue settlement. The parties are requesting a stay to promote efficiency and avoid unnecessary expense. The parties will file a joint status report on September 12, 2008 if settlement has not yet been reached.

Dated: August 14, 2008                    Respectfully submitted,

By s/ Robert M. Manley (with permission)

CHARLES M. KAGAY
DOUGLAS A. CAWLEY
ROBERT M. MANLEY

Attorneys for Defendant
FREESCALE SEMICONDUCTOR, INC.


By s/ Alan H. Blankenheimer
ALAN H. BLANKENHEIMER
LAURA E. UNDERWOOD-MUSCHAMP
JO DALE CAROTHERS
CHRISTOPHER K. EPPICH

Attorneys for Plaintiff
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>Defendant. | Case No. CV 08-00979-MHP<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY SCHEDULING ORDER** |

The Court has considered the Joint Motion to Stay Scheduling Order, and for good cause shown

IT IS HEREBY ORDERED THAT the parties request to stay the scheduling order of the pending litigation is GRANTED.

Dated this ___ day of _____, 2008.

_____
Marilyn H. Patel
United States District Judge
