UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>Defendant. | Case No. CV 08-00979-MHP<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY SCHEDULING ORDER |

The Court has considered the Joint Motion to Stay Scheduling Order, and for good cause shown

IT IS HEREBY ORDERED THAT the parties request to stay the scheduling order of the pending litigation is GRANTED. **If settlement is not reached by September 15, 2008, the parties shall file a joint case management statement by that date, and shall appear for a further case management conference on September 19, 2008 at 3:00 p.m.**

Dated this 19th day of ____August____, 2008.

_____
Marilyn _____
IT IS SO ORDERED
Judge Marilyn H. Patel

[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY SCHEDULING ORDER
CASE NO. CV 08-00979-MHP