McKool Smith
A Professional Corporation • Attorneys
Dallas, Texas

1   Charles M. Kagay (Bar No. 73377)
    cmk@slksf.com
2   **SPIEGEL LIAO & KAGAY LLP**
    388 Market Street, Suite 900
3   San Francisco, California 94111
    Telephone: (415) 956-5959
4   Facsimile:  (415) 362-1431

5   Douglas A. Cawley, *Pro Hac Vice*
    dcawley@mckoolsmith.com
6   Robert M. Manley, *Pro Hac Vice*
    rmanley@mckoolsmith.com
7   **McKOOL SMITH, P.C.**
    300 Crescent Court, Suite 1500
8   Dallas, Texas 75201
    Telephone:  (214) 978-4000
9   Facsimile:   (214) 978-4044

10
    **ATTORNEYS FOR DEFENDANT**
11  **AND COUNTER-CLAIMANT**
    **FREESCALE SEMICONDUCTOR, INC.**
12
    Alan H. Blankenheimer (Bar #218713)
13  alan.blankenheimer@hellerehrman.com
    Laura E. Underwood-Muschamp (Bar #228717)
14  laura.muschamp@hellerehrman.com
    **Heller Ehrman LLP**
15  4350 La Jolla Village Drive
    7th Floor
16  San Diego, CA 92122-1246
    Telephone: (858) 450-8400
17  Fax: (858) 450-8499

18  **ATTORNEYS FOR PLAINTIFF AND COUNTER**
    **DEFENDANT MAXIM INTEGRATED PRODUCTS, INC.**
19
                    UNITED STATES DISTRICT COURT
20               NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
21

22  MAXIM    INTEGRATED    PRODUCTS,        Case No.  CV 08-00979 MHP
    INC.
23                                          **STIPULATION FOR DISMISSAL WITH**
                        Plaintiff,          **PREJUDICE**
24
    v.
25
    FREESCALE SEMICONDUCTOR, INC.
26
                        Defendant.
27

28
                                          1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that all claims, counterclaims, and defenses directed against each other in the above-captioned action be and hereby are dismissed with prejudice, all costs to be paid by the party incurring same.  The parties further stipulate that this Court shall have jurisdiction over any alleged breach of the settlement agreement entered into by the parties to resolve this matter.

Dated: September 8, 2008.                              Respectfully submitted,


**MCKOOL SMITH, PC**                                  **HELLER EHRMAN LLP**

By____/s/ Robert M. Manley_____              By____/s/ Alan H. Blankenheimer_____
Douglas A. Cawley, *Pro Hac Vice*                     (w/permission Robert M. Manley)
dcawley@mckoolsmith.com                         Alan H. Blankenheimer (Bar #218713)
Robert M. Manley, *Pro hac vice*                      alan.blankenheimer@hellerehrman.com
rmanley@mckoolsmith.com                         Jo Dale Carothers (Bar #228703)
Texas State Bar No. 00787955                    jodale.carothers@hellerehrman.com
300 Crescent Court, Suite 1500                  Laura E. Underwood-Muschamp
Dallas, Texas  75201                            (Bar #228717)
Telephone:  (214) 978-4000                      laura.muschamp@hellerehrman.com
Facsimile:  (214) 978-4044                      4350 La Jolla Village Drive, 7th Floor
                                                San Diego, CA 92122-1246
**SPIEGEL LIAO & KAGAY LLP**                          Telephone: (858) 450-8400
                                                Facsimile: (858) 450-8499
Charles M. Kagay
cmk@slksf.com                                   Attorneys for Plaintiff
388 Market Street, Suite 900                    **MAXIM INTEGRATED PRODUCTS INC.**
San Francisco, California  94111
Telephone:  (415) 956-5959
Facsimile: (415) 362-1431


Attorneys for Defendant
**FREESCALE SEMICONDUCTOR, INC.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

    Dated: _____


                                                _____
                                                JUDGE MARILYN H. PATEL

2

STIPULATION FOR DISMISSAL WITH PREJUDICE                     CASE NO. CV 08-00979 MHP
Dallas 259651v1