1  Charles M. Kagay (Bar No. 73377)
   cmk@slksf.com
2  **SPIEGEL LIAO & KAGAY LLP**
   388 Market Street, Suite 900
3  San Francisco, California 94111
   Telephone: (415) 956-5959
4  Facsimile:  (415) 362-1431

5  Douglas A. Cawley, *Pro Hac Vice*
   dcawley@mckoolsmith.com
6  Robert M. Manley, *Pro Hac Vice*
   rmanley@mckoolsmith.com
7  **MCKOOL SMITH, P.C.**
   300 Crescent Court, Suite 1500
8  Dallas, Texas 75201
9  Telephone:  (214) 978-4000
   Facsimile:   (214) 978-4044

11 **ATTORNEYS FOR DEFENDANT
   AND COUNTER-CLAIMANT
   FREESCALE SEMICONDUCTOR, INC.**

13 Alan H. Blankenheimer (Bar #218713)
   alan.blankenheimer@hellerehrman.com
   Laura E. Underwood-Muschamp (Bar #228717)
14 laura.muschamp@hellerehrman.com
   **Heller Ehrman LLP**
15 4350 La Jolla Village Drive
   7th Floor
16 San Diego, CA 92122-1246
   Telephone: (858) 450-8400
17 Fax: (858) 450-8499

18 **ATTORNEYS FOR PLAINTIFF AND COUNTER
   DEFENDANT MAXIM INTEGRATED PRODUCTS, INC.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>Defendant. | Case No.  CV 08-00979 MHP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that all claims, counterclaims, and defenses directed against each other in the above-captioned action be and hereby are dismissed with prejudice, all costs to be paid by the party incurring same. The parties further stipulate that this Court shall have jurisdiction over any alleged breach of the settlement agreement entered into by the parties to resolve this matter.

Dated: September 8, 2008.                                Respectfully submitted,

**MCKOOL SMITH, PC**

By_____/s/ Robert M. Manley_____
Douglas A. Cawley, *Pro Hac Vice*
dcawley@mckoolsmith.com
Robert M. Manley, *Pro hac vice*
rmanley@mckoolsmith.com
Texas State Bar No. 00787955
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

**SPIEGEL LIAO & KAGAY LLP**

Charles M. Kagay
cmk@slksf.com
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 956-5959
Facsimile: (415) 362-1431

Attorneys for Defendant
**FREESCALE SEMICONDUCTOR, INC.**

**HELLER EHRMAN LLP**

By_____/s/ Alan H. Blankenheimer_____
          (w/permission Robert M. Manley)
Alan H. Blankenheimer (Bar #218713)
alan.blankenheimer@hellerehrman.com
Jo Dale Carothers (Bar #228703)
jodale.carothers@hellerehrman.com
Laura E. Underwood-Muschamp
(Bar #228717)
laura.muschamp@hellerehrman.com
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

Attorneys for Plaintiff
**MAXIM INTEGRATED PRODUCTS INC.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __9/9/2008_____

_____
JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*United States District Court, Northern District of California*

2